MOORE *v.* THE STATE.

This case being for decision by a complete bench of six Justices, who are evenly divided in opinion, the judgment stands affirmed by operation of law.

Argued June 20, — Decided August 12, 1904.

Certiorari. Before Judge Russell. Gwinnett superior court. May 5, 1904.

*H. L. Patterson*, for plaintiff in error.
*C. H. Brand, solicitor-general*, contra.